UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ANTHONY BROWN,<br><br>    Plaintiff,<br><br>    v.<br><br>DON KENNISON, et al.,<br><br>    Defendants. | Case No. 24-cv-00824-RS (PR)<br><br>**ORDER OF DISMISSAL** |

Pursuant to the parties' stipulation to voluntary dismissal with prejudice, this action is DISMISSED WITH PREJUDICE. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).  (Dkt. No. 26.) As stated in the notice, each party shall bear its own litigation costs and attorney's fees. (*Id.*)  The Clerk shall enter judgment, and close the file.

**IT IS SO ORDERED.**

**Dated:** April 11, 2025

                                              RICHARD SEEBORG<br>                                      Chief United States District Judge